IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **HEAVY EQUIPMENT MOVERS AND INSTALLATION, LLC** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:24CV61-LG-RPM** |
| **CALGON CARBON CORPORATION** | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that Defendant Calgon Carbon Corporation is entitled to summary judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit filed by Heavy Equipment Movers and Installation, LLC, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Calgon Carbon Corporation is entitled to recover costs pursuant to Fed. R. Civ. 54(d)(1).

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2026.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE